UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                  CASE NO. 14-CV-13436
v.                                  HONORABLE GEORGE CARAM STEEH

EDWARD J. DAVIS, JR.,

       Defendant.
_____/

### ORDER DENYING MOTION FOR ALTERNATE SERVICE (Doc. 3)

Plaintiff has filed an ex parte motion for alternative service in this debt collection matter. Plaintiff has sought to personally serve defendant at his home seven times over a one-month period. Plaintiff seeks leave to serve by certified mail, first class mail, or posting. Plaintiff does not need leave of court to serve defendant by certified mail which is authorized under Mich. Ct. R. 2.105(A)(2). Accordingly, plaintiff's motion for alternate service (Doc. 3) is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: November 19, 2014

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 19, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk