UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD J. DAVIS, JR.,

    Defendant.

Case No. 14-13436

Hon. George Caram Steeh

_____/

| O'REILLY RANCILIO P.C. | MONK-ADAMS, PLLC |
|---|---|
| Craig S. Schoenherr, Sr. (P32245) | Creighton V. Adams (P48850) |
| Eric C. Turnbull (P76382) | Attorney for Defendant |
| Attorneys for Plaintiff | P.O. Box 23563 |
| 12900 Hall Road, Suite 350 | Detroit, MI 48223 |
| Sterling Heights, MI 48313 | (313) 727-5968 |
| (586) 726-1000 | creightonpc@outlook.com |
| cschoenherr@orlaw.com | |
| eturnbull@orlaw.com | |

_____/

## AMENDED JUDGMENT

The above entitled matter has come before the Court on Plaintiff's Motion for Summary Judgment, and in accordance with the Court's Order Granting Plaintiff's Motion for Summary Judgment entered on July 28, 2015:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff and against Defendant, Edward J. Davis, Jr., in the amount of $18,848.01. Post judgment interest shall accrue at the legal rate in effect pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER HEREBY ORDERED** that this resolves the last pending claim and closes the case.

DATED: August 19, 2015                          s/George Caram Steeh
                                                      UNITED STATES DISTRICT JUDGE